

November 09, 2015

**Creditor:** Comenity Capital Bank
**Account Number:** 5049906031246606
**Balance:** $6,081.57
**Reference Number:** 138937956
**Reference Of:** PayPal Credit Account

## HOW CAN WE HELP YOU?

CHRISTOPHER WEST

Our records indicate that your balance with Comenity Capital Bank remains unpaid; therefore your account has been placed with ERC for collection efforts. Bill Me Later is now called PayPal Credit.

At this time you have a total outstanding balance of $6,081.57. How can we help you resolve this matter?

We understand you may be facing a financial challenge at this time and we are committed to providing a personal payment arrangement that fits your budget and needs. We may be able to reduce your interest rate or monthly payment required; additionally, you may qualify for one or more of the programs listed below to assist in preventing your account from entering the next stage of delinquency.

Please contact us at (800) 427-5965. We are committed in assisting you to resolve this outstanding matter.

| Let Us Help You Get Current | Would You Like to Settle the Account? |
|---|---|
| Pay the current minimum amount due of $792.00 to bring your account current and we can help you resolve the remaining balance in payments. | Pay the settlement amount of $4,865.26 (80% of your balance). Your account will be settled and collection efforts will cease. |
| **Account Restructuring Program** | **Are You Facing a Financial Challenge?** |
| Make three equal consecutive monthly payments of $195.00 and your account will become current. We are committed to helping you resolve the remaining outstanding amount. | We understand you may be facing a financial challenge and our programs may not fit your current budget. We may be able to qualify you for a short-term Hardship Program, with a down payment of $124.00 and eleven consecutive monthly payments of $124.00. |

View statements, pay your balance, and manage your account online at www.paypalcredit.com.

Unless you dispute the validity of the debt, or any portion thereof, within thirty (30) days after your receipt of this notice, the debt will be assumed to be valid by us.

 Telephone: (800) 427-5965 Toll Free. All calls are recorded and may be monitored for training purposes.

 Send correspondence to: ERC, P.O. Box 57610, Jacksonville, FL 32241

 Office Hours (Eastern Time): Mon-Thurs: 8:00 am-9:00 pm, Fri: 8:00 am-5:00 pm, Sat: 10:00 am-2:00 pm



**This is an attempt to collect a debt. Any information obtained will be used for that purpose.**
**NOTICE - SEE REVERSE SIDE FOR IMPORTANT NOTICES AND CONSUMER RIGHTS**

Please do not send correspondence to this address.

P.O. BOX 1259, Dept 98696
Oaks, PA 19456



November 09, 2015



| ACCOUNT NUMBER | BALANCE | PAYMENT AMOUNT |
|---|---|---|
| 5049906031246606 | $6,081.57 | $ |

120724 - 10

ERC
P.O. Box 23870
Jacksonville, FL 32241-3870



CHRISTOPHER WEST
16147 129TH AVE
JAMAICA NY 11434-2921



**Federal Validation Notice:**

Pursuant to 15 U.S.C./1692g (a), take notice that:

1. The amount of the claimed debt is the amount stated in the letter on the reverse side of this notice.

2. The name of the creditor to whom the debt is owed is in the letter on the reverse side of this notice.

3. Unless you dispute the validity of the debt, or any portion thereof, within thirty (30) days after your receipt of this notice, the debt will be assumed to be valid by us.

4. If you notify our office below in writing within (30) days of your receipt of this notice that the debt, or any portion thereof is disputed, we will obtain verification of the debt or a copy of any judgment that may be of record against you. We will mail the verification or copy of the judgment to you.

5. Upon your written request to this office within thirty (30) days of your receipt of this notice, we will provide you with the name and address of the original creditor, if different from the current creditor listed in the letter on the reverse side of this notice.

**Federal Notice:**

This is a debt collector attempting to collect a debt. Any information obtained will be used for that purpose.

**New York City Residents:**

New York City Department of Consumer Affairs License Number: 1394588.

**New York State Residents:**

Debt collectors, in accordance with the Fair Debt Collection Practices Act, 15 U.S.C./1692 et seq., are prohibited from engaging in abusive, deceptive, and unfair debt collection efforts, including but not limited to:

a) the use or threat of violence
b) the use of obscene or profane language; and
c) repeated phone calls made with the intent to annoy, abuse, or harass.

If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt:

1) Supplemental security income, (SSI);

2) Social security;

3) Public assistance (welfare);

4) Spousal support, maintenance (alimony) or child support;

5) Unemployment benefits;

6) Disability benefits;

7) Workers' compensation benefits;

8) Public or private pensions;

9) Veterans' benefits;

10) Federal student loans, federal student grants, and federal work study funds; and

11) Ninety percent of your wages or salary earned in the last sixty days.

**Our Corporate Address is:**

ERC, 8014 Bayberry Road, Jacksonville, FL 32256

We at ERC specialize in assisting persons in different financial situations. If additional assistance is needed, please contact us or visit our website.