UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

|  |  |  |
|---|---|---|
| CHRISTOPHER WEST, | } | |
| ON BEHALF OF HERSELF AND | } | |
| ALL OTHERS SIMILIARLY SITUATED, | } | |
| | **}** | |
| Plaintiff, | } | Civil Action, File No. |
| v | } | 1:17-cv-01876-PKC-SMG |
| | } | |
| ENHANCED RECOVERY COMPANY, LLC | } | |
| D/B/A ERC, | } | |
| | } | |
| Defendant. | } | |

**STIPULATION OF DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of

Civil Procedure, Plaintiff hereby voluntarily dismisses with prejudice the present action against

all Defendants.

January 8, 2018

/s/*Mitchell L. Pashkin, Esq.*

Mitchell L. Pashkin, Esq.
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY  11743
(631) 629-7709


**Smith, Gambrell & Russell, LLP**


By: /s/ Scott S. Gallagher, Esq
Scott S. Gallagher, Esq.
50 North Laura Street
Suite 2600
Jacksonville, FL 32202
904-598-6111
Email: sgallagher@sgrlaw.com
*Attorneys for Defendants*